DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY SCRIMA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2147

[October 11, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 07-10498CF10A and 07-21111CF10A.

Anthony Scrima, Miami, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***